## 60842. HILL v. THE STATE.

DEEN, Chief Judge.

John Hill appeals from his conviction of manslaughter following the denial of his motion for a new trial.

1. The trial court did not err in refusing to give appellant's request to charge number 5. This was a request for a charge on Code Ann. § 26-901 — Justification as a defense. The court, however, charged Code Ann. § 26-902 — Use of force in defense of self or others including justifiable homicide. Appellant's defense of justification was adequately included in the court's charge. *McCane v. State,* 147 Ga. App. 730 (250 SE2d 181) (1978).

2. Appellant also asserts the general grounds. "After review of the entire record, we find that a rational trier of fact could reasonably have found from the evidence adduced at trial proof of guilt of the defendant beyond a reasonable doubt. Jackson v. Virginia, [443] U. S. [307] (99 SC 2781, 61 LE2d 560) (1979)." *Brown v. State,* 152 Ga. App. 144, 145 (262 SE2d 510) (1979).

*Judgment affirmed. Birdsong and Sognier, JJ., concur.*

ARGUED OCTOBER 2, 1980 — DECIDED NOVEMBER 20, 1980.

*Vernon S. Pitts, Jr.,* for appellant.
*Lewis R. Slaton, District Attorney, Benjamin H. Oehlert, III,*

*Joseph J. Drolet, Assistant District Attorneys,* for appellee.